IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CRAIG LITTLEPAIGE,<br>    Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL,<br>o/b/o Social Security Administration,<br><br>    Defendant. | Civil No. 2:17-CV-823-RSM<br><br><br>ORDER |

After considering the filings of the parties regarding this issue, it is hereby ORDERED that attorney fees in the amount of $7,025.40 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the EAJA fees are not subject to an offset as described in *Ratliff,* the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to her attorney. The check for EAJA fees shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, 2805 Bridgeport Way W, #23, University Place, WA, 98466.

IT IS SO ORDERED.

Dated this 19th day of July, 2018.

                                  RICARDO S. MARTINEZ
                                CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | |
| 2 | Presented by:<br>CHRISTOPHER H. DELLERT, WA #42453<br>Dellert Baird Law Offices, PLLC<br>2805 Bridgeport Way W, #23<br>University Place, WA 98466<br>Phone: (360) 329-6968<br>Fax: (360) 824-9371<br>Email: dellert.law.office@gmail.com<br><br>Attorney for Plaintiff |